**TUCKER PROPERTIES II,**
Plaintiff–Appellee,

v.

**UNITED STATES, Defendant–**
**Appellant.**

**No. 05–5095.**

United States Court of Appeals,
Federal Circuit.

May 6, 2005.

*ORDER*

Upon consideration of the United States' motion to voluntarily dismiss its appeal pursuant to Fed. R.App. P. 42(b).[1]

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

---

**1.** We note that the parties request that this dismissal be without prejudice, however, it is not the practice of this court to dismiss with or without prejudice.

**TUCKER PROPERTIES,**
Plaintiff–Appellee,

v.

**UNITED STATES, Defendant–**
**Appellant.**

**No. 05–5094.**

United States Court of Appeals,
Federal Circuit.

May 6, 2005.

*ORDER*

Upon consideration of the United States' motion to voluntarily dismiss its appeal pursuant to Fed. R.App. P. 42(b).[1]

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

---

**1.** We note that the parties request that this dismissal be without prejudice, however, it is not the practice of this court to dismiss with or without prejudice.